LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTHER WARD,        )<br>         Plaintiff          )<br>                               )<br>         v.                  )<br>                               )<br>KEN'S AUTO PARTS, )<br>INC.                         )<br>         Defendant      ) | CIVIL NO. 17-00555 SOM-KJM |

     Plaintiff ESTHER WARD, through her undersigned counsel and pursuant to F.R.Civ.P. 41(a)(1)(A)(i), hereby gives NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES herein.

DATED: Honolulu, Hawaii, June 12, 2018
/s/ LUNSFORD DOLE PHILLIPS